```
                  IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )    2:08-CR-543-FCD
                                  )
                Plaintiff,        )
                                  )    RELATED CASE ORDER
     v.                           )
                                  )
TIAN BAO GUO; ZHI DING; YONG DING;)
JIMMY HUNG AU; ZHEN SHU PANG;     )
XIAOGUO SONG; ERIC YOU PANG;      )
MAGGIE LUONG; ZU DONG LUO;        )
DONG SONG; JULIAN SONG,           )
                                  )
                Defendants.       )
_____)
                                  )
UNITED STATES OF AMERICA,         )    2:08-CR-0391-GEB
                                  )
                Plaintiff,        )
                                  )
     v.                           )
                                  )
ZI LEI, a/k/a Zi Ming Lei;        )
KEOOUDONE NOY PHAOUTHOUM;         )
KOUTKEO THI; TING THAVISAK;       )
DE YANG, a/k/a De Qiang Yang;     )
JOHN LI,                          )
                                  )
                Defendants.       )
_____)
```

Plaintiff's "Notice of Related Cases" document filed on December 8, 2008, states the above actions "are related . . . because they arise from the same on-going law enforcement investigation, share common legal issues, and involve related parties." Accordingly, the assignment of the actions to the same

1 judge is likely to effect a substantial savings of judicial effort
2 and is also likely to be convenient for the parties.
3       Under the regular practice of this court, related cases
4 are generally assigned to the judge to whom the first filed action
5 was assigned.  Therefore action 2:08-cr-543-FCD is reassigned to
6 Judge Garland E. Burrell, Jr., for all further proceedings.
7 Henceforth, the caption on documents filed in the reassigned case
8 shall show the initials "GEB" instead of the other judge's
9 initials.
10       IT IS FURTHER ORDERED that the Clerk of the Court make
11 appropriate adjustment in the assignment of criminal cases to
12 compensate for this reassignment.
13       IT IS SO ORDERED.
14 Dated:  December 11, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge