IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-cv-00137-FCD-JFM |
| Plaintiff, | ) | |
| | ) | RELATED CASE ORDER |
| v. | ) | |
| REAL PROPERTY LOCATED AT 5322 SILHOUETTE COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1650-051, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | 2:08-CR-543-GEB |
| Plaintiff, | ) | |
| v. | ) | |
| TIAN BAO GUO; ZHI DING; YONG DING; JIMMY HUNG AU; ZHEN SHU PANG; XIAOGUO SONG; ERIC YOU PANG; MAGGIE LUONG; ZU DONG LUO; DONG SONG; JULIAN SONG, | ) | |
| Defendants. | ) | |

Plaintiff filed a "Notice of Related Cases" document on March 30, 2009, in which it seeks to have civil case number 2:09-cv-00137-FCD-JFM related to the above captioned criminal case. Plaintiff states the cases are related "because the civil

1

forfeiture action arises from the same law enforcement investigation as the criminal prosecution and thus involves substantially the same events and transactions."

Examination of the cases reveals they are related within the meaning of Local Rule 83-123(a). Therefore action 2:09-cv-00137-FCD-JFM is reassigned to the undersigned judge. Henceforth, the caption on documents filed in the reassigned case shall show the initials GEB-JFM. Further, the parties in the reassigned case are referred to the attached Order Setting Status (Pretrial Scheduling) Conference.

Lastly, the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: April 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge